UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WAYNE WASHINGTON,<br><br>  Petitioner,<br><br>  v.<br><br>RICHARD MARTEL, Warden,<br><br>  Respondent. | No. 1:26-cv-00049-SKO (HC)<br><br>**ORDER DIRECTING CLERK OF COURT TO SERVE MOTION FOR STAY ON RESPONDENT**<br>**[Doc. 2]**<br><br>**ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO MOTION**<br><br>**[30-DAY DEADLINE]** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He filed the instant habeas petition on January 5, 2026, challenging his 2023 resentencing in Kern County Superior Court.  Petitioner concedes some of his claims are unexhausted.  Concurrent with his petition, Petitioner filed a motion for a stay of the proceedings. (Doc. 2.)

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) The Clerk of Court is DIRECTED to serve the motion for stay (Doc. 2) on Respondent;

2) Respondent is DIRECTED to file an opposition or statement of non-opposition to the motion within thirty (30) days of the date of service of this order;

1

3) In the event Respondent files an opposition, Petitioner is GRANTED thirty (30) days to file a reply.

IT IS SO ORDERED.

Dated:   **January 9, 2026**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE