**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT WAYNE WASHINGTON, | No. 1:26-cv-00049 JLT FJS (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 12) |
| v. | |
| RICHARD MARTEL, Warden, | ORDER DENYING PETITIONER'S MOTIONS FOR STAY AND DEFAULT JUDGMENT (Docs. 2, 13, 15) |
| Respondents. | ORDER DIRECTING RESPONDENT TO FILE A RESPONSE TO PETITION WITHIN SIXTY DAYS AND REFERRING MATTER TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

Robert Wayne Washington is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2026, the assigned Magistrate Judge issued Findings and Recommendations to deny Petitioner's motion for stay. (Docs. 2, 12.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 21 days. (Doc. 12.) On March 30, 2026, Petitioner filed objections. (Doc. 16.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

1

Recommendations are supported by the record and proper analysis.

Petitioner has also filed motions for default judgment contending Respondent did not respond to the Court's order as directed, i.e., by filing an opposition one day late. (*See* Docs. 9, 13, 15.) Petitioner has not demonstrated that the timing of Respondent's opposition resulted in any prejudice or harm. The Court therefore extends the deadline retroactively by one day and denies the motions for default judgment.

Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 9, 2026 (Doc. 12), are **ADOPTED** in full.

2. Petitioner's motion for stay (Doc. 2) is **DENIED**;

3. Petitioner's motions for default judgment (Docs. 13, 15) are **DENIED**;

4. Respondent is **DIRECTED** to file a response to the petition within sixty (60) days; and

5. The matter is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **April 13, 2026**

UNITED STATES DISTRICT JUDGE

2