UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WAYNE WASHINGTON,<br>Petitioner,<br>v.<br>MARTEL,<br>Respondent. | Case No. 1:26-cv-00049-JLT-FJS (HC)<br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br>(ECF No. 19)<br>THIRTY (30) DAY DEADLINE |

Petitioner Robert Wayne Washington ("Petitioner") is proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 10, 2026, Respondent filed a motion to dismiss. (ECF No. 18.) Following Petitioner's failure to timely file an opposition, on July 22, 2026, the court ordered Petitioner to show cause by written response within thirty days why the failure to oppose Respondent's motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion. (ECF No. 19.) Petitioner was informed he may comply with the court's order by filing an opposition or statement of non-opposition to Respondent's June 10, 2026, motion to dismiss. (*Id.*)

On August 27, 2026, Petitioner filed a response to the order to show cause, explaining that his failure to respond to the motion to dismiss was a good faith misunderstanding. (ECF No. 20.) Petitioner states that he was under the impression that the undersigned would notify the parties of any further instructions concerning briefing, and he did not intentionally or tacitly abandon or

waive any of his habeas claims. Petitioner seeks pardon of the court and further requests permission to continue with the briefing process. (*Id.*)

The court finds that Petitioner did not willfully or intentionally fail to respond to the motion to dismiss. Petitioner's request to proceed with briefing on the motion to dismiss is granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The July 22, 2026, order to show cause, (ECF No. 19), is DISCHARGED;
2. Petitioner's opposition or statement of non-opposition to Respondent's June 10, 2026, motion to dismiss is due with thirty (30) days of service of this order;
3. Respondent's reply, if any, to Petitioner's opposition to the motion to dismiss is due within fourteen (14) days from the date of filing of any opposition; and
4. Petitioner is warned that failure to file an opposition or statement of non-opposition to the motion to dismiss in compliance with this order will result in a recommendation of dismissal of this action.

IT IS SO ORDERED.

Dated: **September 2, 2026**

UNITED STATES MAGISTRATE JUDGE